# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-344

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

**Title of Work:** Valentine's day with rainbows and hearts

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 11, 2021
**Nation of 1st Publication:** Poland

## Author

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-345

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title
 

**Title of Work:** Black and white doodle dogs

## Completion/Publication
 

**Year of Completion:** 2018
**Date of 1st Publication:** February 26, 2018
**Nation of 1st Publication:** Poland

## Author
 

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant
 

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions
 

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification
 

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

# VA 2-444-339

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Modern cats with wild animals skin texture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | October 02, 2022 |
| **Nation of 1st Publication:** | Poland |

## Author

| | |
|---|---|
| **Author:** | Alona Savchuk |
| **Pseudonym:** | savvalinka ; AlonaS1984 ; Design_savchuk |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Alona Savchuk |
| | Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Alona Savchuk |
| **Email:** | alonasavchuk84@gmail.com |
| **Address:** | Adama Jorkuna 1A, flat - 2 |
| | Serock 05-140 Poland |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 27, 2025 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-444-341

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

**Title of Work:** Ribbon bows with leopard, giraffe, tiger, zebra textures

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** June 12, 2024
**Nation of 1st Publication:** Poland

## Author

- **Author:** Alona Savchuk
**Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
**Author Created:** 2-D artwork
**Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-444-350

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Childish pattern with colorful dogs |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | January 05, 2023 |
| **Nation of 1st Publication:** | Poland |

## Author

| | |
|---|---|
| **Author:** | Alona Savchuk |
| **Pseudonym:** | savvalinka ; AlonaS1984 ; Design_savchuk |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Alona Savchuk |
| | Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Alona Savchuk |
| **Email:** | alonasavchuk84@gmail.com |
| **Address:** | Adama Jorkuna 1A, flat - 2 |
| | Serock 05-140 Poland |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 27, 2025 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-444-343

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

**Title of Work:** Funny doodle dogs

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 24, 2018
**Nation of 1st Publication:** Poland

## Author

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-335

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

**Title of Work:** Evil Eyes

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 26, 2022
**Nation of 1st Publication:** Poland

## Author

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-346

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

**Title of Work:** Modern snakes & Floral set

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** January 06, 2022
**Nation of 1st Publication:** Poland

## Author

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-444-340

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

**Title of Work:** Celestial Mermaids. Zodiac & whale

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** September 12, 2021
**Nation of 1st Publication:** Poland

## Author

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-444-338**

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Chicken collection |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | February 18, 2020 |
| **Nation of 1st Publication:** | Poland |

## Author

| | |
|---|---|
| • **Author:** | Alona Savchuk |
| **Pseudonym:** | savvalinka ; AlonaS1984 ; Design_savchuk |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Alona Savchuk |
| | Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Alona Savchuk |
| **Email:** | alonasavchuk84@gmail.com |
| **Address:** | Adama Jorkuna 1A, flat - 2 |
| | Serock 05-140 Poland |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 27, 2025 |



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-452-317**

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
July 11, 2025

---

## Title
        **Title of Work:** Christmas pattern with funny dog

## Completion/Publication
      **Year of Completion:** 2017
    **Date of 1st Publication:** December 12, 2017
    **Nation of 1ˢᵗ Publication:** Poland

## Author
        •   **Author:** Alona Savchuk
      **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
    **Author Created:** 2-D artwork
      **Citizen of:** Ukraine

## Copyright Claimant
    **Copyright Claimant:** Alona Savchuk
    Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions
        **Name:** Alona Savchuk
        **Email:** alonasavchuk84@gmail.com
     **Address:** Adama Jorkuna 1A, flat - 2
    Serock 05-140 Poland

## Certification
        **Name:** David Denholm
        **Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-443-465

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
April 29, 2025

---

## Title

**Title of Work:** Funny dog and cute cat best friends

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 02, 2018
**Nation of 1st Publication:** Poland

## Author

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-351

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

**Title of Work:** Christmas illustration of cute cats and funny dogs

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 27, 2018
**Nation of 1st Publication:** Poland

## Author

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-444-348

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title
        **Title of Work:** Valentine gnomes in white background

## Completion/Publication
        **Year of Completion:** 2021
     **Date of 1st Publication:** February 11, 2021
    **Nation of 1st Publication:** Poland

## Author
           •    **Author:** Alona Savchuk
      **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
   **Author Created:** 2-D artwork
       **Citizen of:** Ukraine

## Copyright Claimant
    **Copyright Claimant:** Alona Savchuk
                Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions
          **Name:** Alona Savchuk
          **Email:** alonasavchuk84@gmail.com
       **Address:** Adama Jorkuna 1A, flat - 2
                Serock 05-140 Poland

## Certification
          **Name:** David Denholm
           **Date:** March 27, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-444-336

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

**Title of Work:**  French bulldog

## Completion/Publication

**Year of Completion:**  2016
**Date of 1st Publication:**  May 07, 2016
**Nation of 1st Publication:**  Poland

## Author

- **Author:**  Alona Savchuk
  **Pseudonym:**  savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:**  2-D artwork
  **Citizen of:**  Ukraine

## Copyright Claimant

**Copyright Claimant:**  Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:**  Alona Savchuk
**Email:**  alonasavchuk84@gmail.com
**Address:**  Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:**  David Denholm
**Date:**  March 27, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-444-347

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

**Title of Work:** LGBTQ pattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 04, 2021
**Nation of 1st Publication:** Poland

## Author

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-443-396

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
April 29, 2025

---

## Title

**Title of Work:** Pattern with hand-drawn turtle

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 05, 2017
**Nation of 1st Publication:** Poland

## Author

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-452-327**

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
July 11, 2025

---

## Title

**Title of Work:** Grunge Turkish evil eyes

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 23, 2020
**Nation of 1ˢᵗ Publication:** Poland

## Author

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
## VA 2-449-714
**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
June 23, 2025

---

## Title

**Title of Work:** Mugical unicorns

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 27, 2018
**Nation of 1st Publication:** Poland

## Author

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-325

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
July 11, 2025

---

## Title
           **Title of Work:** Christmas gnomes on a gray background

## Completion/Publication
     **Year of Completion:** 2022
  **Date of 1st Publication:** September 28, 2022
  **Nation of 1st Publication:** Poland

## Author
-        **Author:** Alona Savchuk
     **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
      **Citizen of:** Ukraine

## Copyright Claimant
    **Copyright Claimant:** Alona Savchuk
                       Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions
          **Name:** Alona Savchuk
          **Email:** alonasavchuk84@gmail.com
      **Address:** Adama Jorkuna 1A, flat - 2
                      Serock 05-140 Poland

## Certification
          **Name:** David Denholm
           **Date:** March 27, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-452-319**

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
July 11, 2025

## Title
___

          **Title of Work:**   Halloween pattern

## Completion/Publication
___

        **Year of Completion:**   2020
     **Date of 1st Publication:**   March 17, 2020
   **Nation of 1st Publication:**   Poland

## Author
___

    •        **Author:**   Alona Savchuk
       **Pseudonym:**   savvalinka ; AlonaS1984 ; Design_savchuk
   **Author Created:**   2-D artwork
        **Citizen of:**   Ukraine

## Copyright Claimant
___

   **Copyright Claimant:**   Alona Savchuk
                      Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions
___

          **Name:**   Alona Savchuk
           **Email:**   alonasavchuk84@gmail.com
      **Address:**   Adama Jorkuna 1A, flat - 2
                    Serock 05-140 Poland

## Certification
___

          **Name:**   David Denholm
            **Date:**   March 27, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-452-323**

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
July 11, 2025

---

## Title
**Title of Work:** Childish pattern with cute dalmatians

## Completion/Publication
**Year of Completion:** 2022
**Date of 1st Publication:** December 22, 2022
**Nation of 1ˢᵗ Publication:** Poland

## Author
- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant
**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions
**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification
**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-452-315

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
July 11, 2025

---

## Title
_____

**Title of Work:**   Modern snakes & Floral set II

## Completion/Publication
_____

**Year of Completion:**   2022
**Date of 1st Publication:**   January 06, 2022
**Nation of 1st Publication:**   Poland

## Author
_____

- **Author:**   Alona Savchuk
  **Pseudonym:**   savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:**   2-D artwork
  **Citizen of:**   Ukraine

## Copyright Claimant
_____

**Copyright Claimant:**   Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions
_____

**Name:**   Alona Savchuk
**Email:**   alonasavchuk84@gmail.com
**Address:**   Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification
_____

**Name:**   David Denholm
**Date:**   March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-452-321

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
July 11, 2025

---

## Title
_____

    **Title of Work:**   Childish pattern with roads & houses

## Completion/Publication
_____

    **Year of Completion:**   2022
    **Date of 1st Publication:**   May 05, 2022
    **Nation of 1st Publication:**   Poland

## Author
_____

    •     **Author:**   Alona Savchuk
    **Pseudonym:**   savvalinka ; AlonaS1984 ; Design_savchuk
    **Author Created:**   2-D artwork
    **Citizen of:**   Ukraine

## Copyright Claimant
_____

    **Copyright Claimant:**   Alona Savchuk
    Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions
_____

    **Name:**   Alona Savchuk
    **Email:**   alonasavchuk84@gmail.com
    **Address:**   Adama Jorkuna 1A, flat - 2
    Serock 05-140 Poland

## Certification
_____

    **Name:**   David Denholm
    **Date:**   March 27, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-443-466

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
April 29, 2025

## Title

**Title of Work:** Funny dog and cute cat best friends II

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** July 31, 2018
**Nation of 1st Publication:** Poland

## Author

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-444-337**

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
May 06, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Pets in berets, vests, and scarves |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | September 26, 2022 |
| **Nation of 1st Publication:** | Poland |

## Author

| | |
|---|---|
| **Author:** | Alona Savchuk |
| **Pseudonym:** | savvalinka ; AlonaS1984 ; Design_savchuk |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Ukraine |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Alona Savchuk |
| | Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Alona Savchuk |
| **Email:** | alonasavchuk84@gmail.com |
| **Address:** | Adama Jorkuna 1A, flat - 2 |
| | Serock 05-140 Poland |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | March 27, 2025 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-443-395

**Effective Date of Registration:**
March 27, 2025
**Registration Decision Date:**
April 29, 2025

---

## Title

**Title of Work:** Zebra and leopard skin

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** March 21, 2021
**Nation of 1st Publication:** Poland

## Author

- **Author:** Alona Savchuk
  **Pseudonym:** savvalinka ; AlonaS1984 ; Design_savchuk
  **Author Created:** 2-D artwork
  **Citizen of:** Ukraine

## Copyright Claimant

**Copyright Claimant:** Alona Savchuk
Adama Jorkuna 1A, flat - 2, Serock, 05-140, Poland

## Rights and Permissions

**Name:** Alona Savchuk
**Email:** alonasavchuk84@gmail.com
**Address:** Adama Jorkuna 1A, flat - 2
Serock 05-140 Poland

## Certification

**Name:** David Denholm
**Date:** March 27, 2025

Page 1 of 2

