# Schedule "A"
# Defendants with Store Name and Seller ID

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 1 | meishilan | AVVL40M74QBJO |
| 2 | hualanzhi | A2Q878GZIF0BOJ |
| 3 | TingFontin | A2EA17YYIBSDT8 |
| 4 | LONFENG | A1CPTI1DN5HGF3 |
| 5 | AmoyStreet | A3EYNG2S4U6DXU |
| 6 | DALAWU | ASEON902W2POZ |
| 7 | BathStation | A19YB2HC11GKZT |
| 8 | putianshichengxianguguozhihaomaoyiyouxiangongsi | AWH44X631YDSX |
| 9 | chenrongjiaju | A1OS5PRU33E269 |
| 10 | MAYIJON | A28BMRTWVDYPJ |
| 11 | USHALOKITTY | A1OW1YHKLNQZHU |
| 12 | USORCHARD | A3UNOL8SSTNV2O |
| 13 | Izzo Stors | A19WS71KAIGW1N |
| 14 | TOLOHETO | A3E6O34VADCSGK |
| 15 | XMCJQ | A2J4PQFMKOKGM8 |
| 16 | LMLFT | ARTGX9QU48G4O |
| 17 | CHISHON | A3AI69UB3E47ZG |
| 18 | JUMBEAR | AZDR20VABOITV |
| 19 | JOEBAIYA | A3G2AUMQX41F4A |
| 20 | SCECALA Direct Store | A2RS9EZYJL08TP |
| 21 | FuJinHui1998 | A35U4ZQZFHSLGO |
| 22 | YETTASBIN | A1PSPKJPK0MAM0 |
| 23 | siyxyb | A2XA02JOCSR02F |
| 24 | SEHANY | A2OCPNSV00Y4WS |
| 25 | OREZI | AF3SYPWSXVL1O |
| 26 | ZHIHUISM | A39P5KA0444XBV |
| 27 | QINGDAOHUIYUSHANGMAOYOUXIANGONGSI2 | A26KYVB3A7R1H4 |
| 28 | YEGAME | A1D9VM5BNVTLO4 |
| 29 | DIYSTYLE | A1OVN642X5YWBA |
| 30 | LifeCustomize | A1AYY4VW577VB7 |
| 31 | mingbin's shop | A1KFEBV24EHUZ5 |
| 32 | Dream Bay | A1O8J09DIUEMY |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 33 | Moudou | A38KRXZF9P12PX |
| 34 | jinrushuang | A3MNGC39E6ELKK |
| 35 | Takiito | A23BOBTR4FT690 |
| 36 | Moudeng | A69IK32ZE4IJ4 |
| 37 | Plaaee | A9FU0EZJCEVIB |
| 38 | WHBAG | ASMVIWNF6G5VD |
| 39 | Lancerry | A1W248TLDDNC9J |
| 40 | ZhoLing | A1I6MUZ1I658DH |
| 41 | FJDENG | A2S3OIAHYVXANQ |
| 42 | wuchungenmaoyi | A2ZRIIMW8NBE7K |
| 43 | hubeimingzhishangmaoyouxiangongsi | A15M5RAWC4AM6X |
| 44 | qiuxuhuyang | A38XQWRK125SN4 |
| 45 | wenxinchenyu | A2JX3XFZ0NYQ26 |
| 46 | ABADANEE | A2UE0XS05MS2IN |
| 47 | Blueangle | A38UXBYR59P10B |
| 48 | KEEPREAL | A1TR2J0A9AEHA8 |
| 49 | CCZ Home | A26FJ7ODD9F0O5 |
| 50 | AIFAAFIIA | A3L8VCFI7CMU8H |
| 51 | Facaiy | A3UVZ23B0M4285 |
| 52 | yearnjear | A163S7S1O7E15L |
| 53 | ATTX | A2IZFX23I4HIU2 |
| 54 | Caojimaijia-shop | A2BDYH5L9G3NYV |
| 55 | haikoumeilancancanya | A1KWIHCP0PNNWT |
| 56 | stormly | AV9KD1JU7NPW6 |
| 57 | Pujiang Wenxin Home Textile Co., Ltd | A246EOB50IHDV6 |
| 58 | GuangZhouFuQiMaoYi | A33Y6D3FIXBR3U |
| 59 | ALYDFFY | A10HCMCPW5QEM1 |
| 60 | KKailii | A2OJDMYASHFCJV |
| 61 | HiLus | A119LY5JLZH6YK |
| 62 | Hanihan | A3BVZR5V3LS1MJ |
| 63 | SuiZhouShiZengDuQuXuYuYuan | A3VG729FS84J4H |
| 64 | shen yang shi shen he qu gao guan bai huo mao yi d | A1OUYKXCC9YL1O |
| 65 | fanxiangjiangbeimei | A2LEBU6307ULSA |
| 66 | huce-shop | A3LYUJUGJ4I58U |
| 67 | lxooo | AXWZGT815E69C |
| 68 | ECOBAZ-US | A25FESCNDJGYAK |
| 69 | huojiaxiantongjilucaopengmeifadian | A3RJUQITV3U272 |
| 70 | Kaltoon | A318F0XTA38ZI1 |
| 71 | dhgoume | A31448L3RRYNAE |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 72 | jinwenjiuhang | A9Q075GR6UXS4 |
| 73 | zhuwangki | A2LOZNOO98GVQ1 |
| 74 | Yappi | A2TLEINSP2GWAC |
| 75 | Lin Jian Bin | AU49LR7SM283P |
| 76 | aBu | A1GYIL2QQ4WP7Z |
| 77 | Hutou Junzhi Clothing Store, Xiuyu District, Putian City | A384IDOHIABWY6 |
| 78 | XINHAICAIYANG | A7A0UE9YR58C4 |
| 79 | PYBUG | A2E45MA96BHUBE |
| 80 | OneBear | A1ARU0MRJ5M0RJ |
| 81 | KJIZMO | A60AARLO310AM |
| 82 | AGONA | A277OFVFMWU8BD |
| 83 | Guitong | A1X52S2H6W733 |
| 84 | Yisharuier | A3M5EZ7R3B6A8A |
| 85 | gxcgaocing | AXUW3B24ZHOYV |
| 86 | DoMouse | A1UNIY43O3XRWF |
| 87 | ingbags | A2NEVJFH7Z94OB |
| 88 | FUGIDOG | A10GVA0P041DF9 |
| 89 | Oplp | A3FHPT0209PWPM |
| 90 | HUANGXIJIANG | A3IJUGAC464SCN |
| 91 | XUANYISHANGMAO01 | A2W51FRQGJV5UT |
| 92 | KAI YIN Shop | AFB06U70UB5QR |
| 93 | HOIUPLMKIJ | A3NKR0WKKL0C1L |
| 94 | Yangdananshangmao | A3UWC175BU2P7I |
| 95 | TcIFE Fashion | A14G84LT4QIDV9 |
| 96 | SIOKLIO | A29I5GWNB5PJ7L |
| 97 | YNIQUE Direct | APLI69XGHF1I7 |
| 98 | AILLOSA APPAREL | A3MK1GWL21KGI3 |
| 99 | JBYFFLY | ACHVZ8GAFMPD |
| 100 | Winchihan | A1X8ESNK8KJ8O3 |
| 101 | ggversacxv | A20G2POUB5VFG4 |
| 102 | Yuihome | A3PPDUPEA28JRC |
| 103 | SUABO | A1C6488OX78Y3G |
| 104 | YNNALE | A3V3I38C70QJPP |
| 105 | velumair | A1XWE8V773PEPR |
| 106 | ihshop | A2PUR4TZ59ECG1 |
| 107 | DIGTIA | A2CLQZ740MA5PG |
| 108 | LMBZALWA | A1NNLBC4FGOYQ9 |
| 109 | Sletend | A1YMHNI860JLUC |
| 110 | WANGSHUAI01 | A31W7C0UZ4A414 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 111 | JIU YOU JIA JU | A3R0QJ25A1D4ZS |
| 112 | RUCPGDN | A3DVHR4RIXCSZX |
| 113 | LIGMALO | ALMYZR1BQI05H |
| 114 | FloraNestLiving | A3SGSGS4M6V41V |
| 115 | kikyolium | A23BH5JWS8G9TK |
| 116 | Kunsgar Decoration | A2VEDY2IXFXHHA |
| 117 | meiyazhen | A307MZQS4464AX |
| 118 | Gugusary-V | A1L7S2I92YEZTP |
| 119 | zhihuazheng | A3IQJKLFD4AU8I |
| 120 | MeArtisticGift | A3V7WRGXOLLRZ1 |
| 121 | VKPSCHJ | A3P4YKF1LGFY33 |
| 122 | Li Ming Jue | A2NIKTN20O6L5M |
| 123 | yoyoto | A1QWFVETOL3E65 |
| 124 | Ruspepa® | A14YM892528UG |
| 125 | Mektron | A1T6X8MHAIZ5A5 |
| 126 | oline small | A9OXU31ZDRX3D |
| 127 | YAODINGHUI | A162CR8K5M1P69 |
| 128 | yao peng3 | A36PWFKRXVTUU5 |
| 129 | HUAYIDIANZI | A3Q38OGCDB7FC4 |
| 130 | Beauty is a wonderful thing in the world | A1MS8GT94N76M0 |
| 131 | Pevtufa | AHG9PNPM7WPFI |
| 132 | WOKITEI | A3VVU56Q9URM81 |
| 133 | Djaby | A35X9TO48N1674 |
| 134 | WZWUS | A1F4L9L1KEPLNR |
| 135 | Cranranshengqi | AYQ49BPZPSOQA |
| 136 | CHENLAN | A3NINONFLWV2WI |
| 137 | LumaFynLight | A3IGNMTWZVP2XD |
| 138 | EUSOLP | A2OCHCVJWKQR48 |
| 139 | ChaHu | A1EPEGWT1ET063 |
| 140 | URKFL | A2XRZL0NLHFDWD |
| 141 | XisoVer | A3MDNGJGPF7QAM |
| 142 | Mengyuanke | A1NVO7WTD3ZTMT |
| 143 | YcLenYo | AD6WAGBTOHEN4 |
| 144 | XiuHu | A31I9BF91VAU8P |
| 145 | Jiahon | A2GHCM3MITDKUY |
| 146 | Liooker | A11EN935X1J9RW |
| 147 | hlgff | A26P9PCUL81BTC |
| 148 | GKM-GLOBAL | A15CD7CH9P4R4I |
| 149 | jmcsy | A3CP7MEBPZ3BEX |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 150 | USA Essentials Store | A115B0U2DREM2T |
| 151 | Xmyws | A14AVY2ROJ3QVJ |
| 152 | Pingze Design | A4KWIN6L0XMUU |
| 153 | hgc996 | A2OYXQRZH22FMR |
| 154 | SSBHLE | A7CAXOLASIG93 |
| 155 | HomeDecorate | A2UEWVC9AMHOFN |
| 156 | zhihuzeng | A21SEZJEB56VUQ |
| 157 | Hong ming he | A1JXC58YAC5MZJ |
| 158 | Sanhe IOT Company | A1FKK7C5NGQ004 |
| 159 | shanxiruizeshengjianzhugongchengyouxiangongsi | A2OEODA0MS4YHD |
| 160 | YiWuShiYiLiangMaoYiYouXianGongSi | A17HGONTZBZO6A |
| 161 | guangzhouyoulishengwenhuayouxianzerengongsi | A1QAGP11F3L1O7 |
| 162 | wenxixianruihuichaoshiyouxiangongsi | AEZ04DIQ9U5ER |
| 163 | guoqing Chen | AZYM89AWJEKE1 |
| 164 | QinHuangDaoWangHeDianZiKeJiYouXianGongSi | A1CISOEYXCEKKA |
| 165 | gansuhaochezhijiaqicheweixiufuwuyouxiangongsi | AIQ4XNVTTV93W |
| 166 | ndxgpu | A18INDLVBEI4UI |
| 167 | Cozybedket Direct | A3CU2G1Y64LTK6 |
| 168 | wangfenduo123 | AOYFQQZZ7FT54 |
| 169 | yangyanlei123 | A29QGKIFSSY2VQ |
| 170 | Anydia | A2GCC1BMZMP04T |
| 171 | Dalzium | AXP4DH0WOH70I |
| 172 | LoiFa | A3LEURN09TP1XV |
| 173 | Chen heng feng | AL6Z15QF0O9RY |
| 174 | Lijuanjuan-1 | A2D9KNHDCQBND0 |
| 175 | lichengzhi2023 | A3J2PNVV00U9CB |
| 176 | hongchaodong | AEYNOUZG82GDL |
| 177 | USCHIFIYU | A2HBJYX8D94Y3L |
| 178 | DINGSHENGXINRUI | AORWVR4OZKZNH |
| 179 | hongtao-1 | A33O1DC76V6LY8 |
| 180 | SHENGLIANGTUO | A1XWE4ZW7QSX0C |
| 181 | QeLen | A212ZABY57KN2H |
| 182 | ShoPen | A26WY76VQNYVRC |
| 183 | Sacozy Home | A2BTX9V5C2FNB1 |
| 184 | HONLERLY Decor | A2LHGDQQU0W942 |
| 185 | XYDE | A1U3QBOP2G5IWV |
| 186 | QIDIA | AA4AMHS7Z27A8 |
| 187 | MAOBLYR | A2W7TTOEXMMS3R |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 188 | GOODOLD | A10KD9XS5G7KAF |
| 189 | Fakifak | A3MKGD5DJ9CLHY |
| 190 | SDMKA | A227VDMPOEWCHL |
| 191 | Burbuja | A1W7T0WSERS4X0 |
| 192 | WBDYJD | A1GL02S85LVL2Z |
| 193 | Hryg | A1GC1WEDVK6FB6 |
| 194 | Jinrui-us | AKJ3BTS0DRJ4 |
| 195 | Fuchen | A1V1AD6BKDPO8U |
| 196 | Vosery | A12C06AY1IH91X |
| 197 | BinTu | A38ELF50NJPX03 |
| 198 | Mosytuky | A1TEST1NMW15WH |
| 199 | BZH-US | A2AQKZ7F81Q3TE |
| 200 | YUEYING-US | A2O9BGM4L3GLP4 |
| 201 | SA-Toy | A3DLNQTG66U2IT |
| 202 | DOREALA DirectUS | A1M1YFDQH816LY |
| 203 | guangxinanninghaonuodianzishangwufuwuyouxiangongsi | A2KCJYU5CFH9XK |
| 204 | suixianjiyuanbaihuolingshoushanghanggetigongshangh | A1DZPGLSY2DGVW |
| 205 | foixnub | A1B6DKN0OX1VZQ |
| 206 | SLHKPNS | A3NJ4GHFCJGE7Q |
| 207 | CUPADA | ACV9V5ZNL0G8D |
| 208 | VIGTRO | AZ0LA67RZRDBX |
| 209 | Rainnielove | A3LQ9LJ1UUR1H |
| 210 | mzbusiness | A1GTYZL9GSFUOS |
| 211 | putianshichengxiangqutingyuxinbaihuoshanghang | A31BPNQANP4E51 |
| 212 | wanzaixianzhaoyangfeibaihuodian | AEGSSSE1MFWZI |
| 213 | VunKo | A33GSTJ5PEOXZF |
| 214 | YQJS | A3VG4Z3AQIGUQB |
| 215 | zhongji | A1FW2GHMXNB2VI |
| 216 | AJLUCK | A1634L66UC8CUY |
| 217 | zhimidianzi | A30NO2VQH5782E |
| 218 | QQMARKET | AJW65Y1OF5U1E |
| 219 | GEFANG | A3VMV5J71BSK80 |
| 220 | Qiesit | A2716RV4QXEBTD |
| 221 | krisa | A3IZW9K2JE8PSN |
| 222 | SheKin | A4DPKNVX3AU57 |
| 223 | YUIBOO | A2A35K7V1XWJWV |
| 224 | chongqingjingyuejiancaixiaoshoujingyingbu | A2ZY4V8OF3GOJB |
| 225 | VIKKO | A10JWCN9KNNMJ3 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 226 | My-Door | ANQEGSBDK5TOS |
| 227 | My Little Nest | AYM8YSERI3EL |
| 228 | KwikMedia | A1AYRLEMJ4BHS |
| 229 | Domeca Collection | A1TPZBOMJ4J2KE |
| 230 | Jueeco | A1C26MJ3Y27BMA |
| 231 | caiyougongmei | A3MGI13XRXWO5I |
| 232 | XiangLuanChuanXianBaiH | A3Q4TRI8GAB5HU |
| 233 | yayaai | A2KMOB7VKQH3JX |
| 234 | FORMRS | A40BIXMJXOMGA |
| 235 | Skycess | A1GK5V6D4LRET1 |
| 236 | PLAO | A23CT62UYUD7S |
| 237 | Caikeny | ARAGOEJK9K3N9 |
| 238 | HonDe | A1T50V22FS0958 |
| 239 | wangxingkj | A31ZHLQBFHK007 |
| 240 | Shian Ti | A2NB1I7XF9VYBO |
| 241 | MineCustomize | A3CVY29W675PIU |
| 242 | Leejoan | A123J1NHVWAIUG |
| 243 | LanKen | A3RU86RBWBTTTY |
| 244 | Beoek | A1SQHSO53SSFBU |
| 245 | W6Design | AQNK4B02ONWZZ |
| 246 | Oicvrct | A2VWNZKNE8CFK6 |
| 247 | WHOTYH | A1K5GSDBWO45ZD |
| 248 | Bay White E | A3A6YL2QWP8HZW |
| 249 | Elpwezua | A3T6BGFVHB6VXQ |
| 250 | U-wear | A12MABQ6F1RVHK |
| 251 | RuiSenSuJiaoZhiPin | AW9F0XXPDC4DZ |
| 252 | FunHomie | A1RZJ8P86UO5QK |
| 253 | Sugar Life HDecor | A8Q4PSV0IE40A |
| 254 | MOYYO | A36UDPHXU8B6VP |
| 255 | AFHYZY | AZMMMXGP24E6P |
| 256 | KOCOART | A3UMQ0Y5RARC0U |
| 257 | DIYHOT | ADJFUT83IIDD2 |
| 258 | Avalokitesvara Direct | A2L6JAYL7ZY31D |
| 259 | POUKE | A15Q3CPYL8AXCM |
| 260 | Wusikd | A2XA8SYYE76ISX |
| 261 | Fstudio | A277IXEHNEN6OX |
| 262 | ZZHW | A3FCLQMVIYM6AQ |
| 263 | familycozy | A3GZ9PCXWKQ2QU |
| 264 | SKYDA | A1KITK4A5218C8 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 265 | gdxxly Shopping | A26GKABYNVJF9Z |
| 266 | Tinnlum | A19FKIHRW0SO97 |
| 267 | MYING | A12IDPDDN10ZL6 |
| 268 | Lhammer | AY795FDLQ0V3T |
| 269 | Yuxiz | A1J60P49UUDIPL |
| 270 | Coikll | A1JK6ZHJCFM99V |
| 271 | AGYTBG-Store | A2PGMI502H260G |
| 272 | ChuanBi-Store | A15SAY4QF95O8N |
| 273 | chenga-shop | A1AEWWXCH9FXYH |
| 274 | PuYangYouZhuoWangLuoKeJiYouXianGongSi | AWUEDF16VR01T |
| 275 | Huryilo | A38P9FDKKIF4OU |
| 276 | MoBlinko | A3UQ6VYUXOD799 |
| 277 | Vozoza | A1JHMW6287ZGO7 |
| 278 | LINMEIZHEN | A19G9HAHX4FICJ |
| 279 | FireEC | A2VFFBXGL3ARQX |
| 280 | MXGFT | A2ISC71UXADRZE |
| 281 | Plain water trade | 101616046 |
| 282 | CoffeeMat Company | 101629837 |
| 283 | LiangQianHe | 101664421 |
| 284 | zhanweisen | 101645461 |
| 285 | Lumnis Lamps | 101349623 |
| 286 | Yip King Trading Co., Ltd. | 101692171 |
| 287 | FSJXNDZSWYXGS | 101555050 |
| 288 | haibinglanmaoyi | 102509211 |
| 289 | Leyu-US | 102518302 |
| 290 | Yiwu Lixin Trading Co., Ltd. | 102518258 |
| 291 | Yiwu Zhuoling Device Co., Ltd. | 102518498 |
| 292 | Yiwu Ruifan Trading Co., Ltd. | 102518457 |
| 293 | Yiwu Taoshi Trading Co., Ltd. | 102518342 |
| 294 | JinruiMY | 102515147 |
| 295 | Juoritu | 101693197 |
| 296 | DouZhe | 101253752 |
| 297 | TEQUAN | 101293866 |
| 298 | Teen Trend Threads | 634418219877728 |
| 299 | GiftsByDesign | 634418218767145 |
| 300 | HLJP K | 634418218430035 |
| 301 | JPHH | 634418217880894 |
| 302 | JPPTsunning | 634418214810601 |
| 303 | YOUYIZOOM | 634418223603786 |

| Defendant Number | Store/Seller Name | Seller ID |
|---|---|---|
| 304 | ZOMSOCAL | 634418223858751 |
| 305 | VerveCup | 634418220962611 |
| 306 | Friendly cup local | 634418221409370 |
| 307 | llzzong Cup | 634418221077886 |
| 308 | Milky Way Worm | 634418222378556 |
| 309 | Petal Parade | 634418222154666 |
| 310 | sssfpp | 634418223443570 |
| 311 | FeiXu Gifts | 634418216896691 |
| 312 | Meetbrand Nine | 634418223248111 |
| 313 | CLannad cup | 634418221787563 |
| 314 | Q Yuan local | 634418221451083 |
| 315 | Fish cup Shop | 634418221791530 |
| 316 | JPPZguizhou | 634418221561791 |
| 317 | Blanketopias | 634418223589909 |
| 318 | FabTailor | 634418219318247 |
| 319 | MadeForU | 634418219318186 |
| 320 | Comfortable and warm home | 634418218935664 |
| 321 | Attire Mirage | 634418218241470 |
| 322 | Kailin Studio local | 634418216146621 |
| 323 | Refining explosive | 634418221194131 |
| 324 | Shiver navigation | 634418220929412 |
| 325 | HNXBYH | 634418220306641 |
| 326 | Dinora local | 634418215477066 |
| 327 | UrbanWea | 634418223301256 |
| 328 | Voyageie | 634418223300729 |
| 329 | KNLNLN | 634418218488558 |
| 330 | Boutique PortersAA | 634418223265947 |
| 331 | GZVGZV | 634418218899320 |
| 332 | Cozy Mat House | 634418217955965 |
| 333 | Artslab | 634418217308656 |
| 334 | DesignDuds | 634418219010446 |
| 335 | Home Furnishings CC | 634418211776461 |
| 336 | CZJCJS | 634418221080338 |
| 337 | Invincible Zhu Yu | 634418224029200 |
| 338 | Shuangshuang fabric shop | 634418217872721 |