**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ALONA SAVCHUK,

Plaintiff,

v.

SCHEDULE A DEFENDANTS

Defendant.

Civil Action No.: 25-cv-1843

Hon. Mark R. Hornak

## MOTION FOR A FIRST EXTENSION OF TIME FOR DEFENDANTS URBANWEA AND VOYAGEIE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, UrbanWea and Voyageie (collectively, "Defendants") respectfully move this Court for a first extension of time to answer or otherwise respond to Plaintiff's Complaint. In support thereof, Defendants state as follows:

1. Plaintiff Alona Savchuk ("Plaintiff") commenced this action for copyright infringement on November 29, 2025. (ECF No. 1).

2. Plaintiff contends that Defendants were served with the Summons and Complaint on February 27, 2026. (ECF No. 24). Based on that date, Defendants' response is currently due on March 20, 2026.

3. Counsel for Defendants requires additional time to investigate the allegations in this matter. Defendants are located in Asia, which slows communications and requires additional coordination time. Accordingly, good cause exists for the requested extension.

4. Defendants have expressed an interest in engaging in settlement discussions and are continuing to evaluate their response options. The requested extension will provide Defendants with adequate time to review the allegations, assess potential defenses, and pursue potential resolution of this matter without further litigation.

5. Defendants respectfully request that the Court extend the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint through and including April 10, 2026.

6. Defendants' counsel conferred with counsel for Plaintiff by email on March 15, 2026 regarding the requested extension. On March 16, 2026, counsel for Plaintiff advised that extensions must be obtained from the Court, but did not indicate whether Plaintiff agreed to the requested extension.

Dated: March 20, 2026

Respectfully submitted,

*/s/ Chengchen Xu*
Chengchen Xu
Attorney for Defendants (*pro hac vice*)
Delta IP Law PLLC
20 F Street NW, Suite 700
Washington, DC 20001
858-280-5570
john@deltaiplaw.com