# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALONA SAVCHUK, | Civil Action No. |
| Plaintiffs, | 25-cv-1843 |
| v. | (Judge Hornak) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 1 | meishilan |
| 4 | LONFENG |
| 7 | BathStation |
| 10 | MAYIJON |
| 11 | USHALOKITTY |
| 16 | LMLFT |
| 17 | CHISHON |
| 19 | JOEBAIYA |
| 20 | SCECALA Direct Store |
| 22 | YETTASBIN |
| 24 | SEHANY |
| 25 | OREZI |
| 28 | YEGAME |
| 31 | mingbin's shop |
| 33 | Moudou |
| 35 | Takiito |
| 36 | Moudeng |

| 37 | Plaaee |
| 38 | WHBAG |
| 39 | Lancerry |
| 41 | FJDENG |
| 46 | ABADANEE |
| 47 | Blueangle |
| 48 | KEEPREAL |
| 49 | CCZ Home |
| 50 | AIFAAFIIA |
| 51 | Facaiy |
| 52 | yearnjear |
| 53 | ATTX |
| 56 | stormly |
| 57 | Pujiang Wenxin Home Textile Co., Ltd |
| 60 | KKailii |
| 62 | Hanihan |
| 67 | lxooo |
| 70 | Kaltoon |
| 75 | Lin Jian Bin |
| 76 | aBu |
| 79 | PYBUG |
| 80 | OneBear |
| 81 | KJIZMO |
| 82 | AGONA |
| 84 | Yisharuier |
| 85 | gxcgaocing |
| 86 | DoMouse |
| 87 | ingbags |
| 88 | FUGIDOG |
| 89 | Oplp |
| 97 | YNIQUE Direct |
| 98 | AILLOSA APPAREL |
| 99 | JBYFFLY |
| 100 | Winchihan |
| 101 | ggversacxv |
| 102 | Yuihome |
| 103 | SUABO |
| 105 | velumair |
| 106 | ihshop |

| 107 | DIGTIA |
|---|---|
| 109 | Sletend |
| 116 | Kunsgar Decoration |
| 117 | meiyazhen |
| 118 | Gugusary-V |
| 119 | zhihuazheng |
| 121 | VKPSCHJ |
| 122 | Li Ming Jue |
| 127 | YAODINGHUI |
| 129 | HUAYIDIANZI |
| 133 | Djaby |
| 146 | Liooker |
| 147 | hlgff |
| 148 | GKM-GLOBAL |
| 149 | jmcsy |
| 149 | jmcsy |
| 150 | USA Essentials Store |
| 150 | USA Essentials Store |
| 151 | Xmyws |
| 151 | Xmyws |
| 152 | Pingze Design |
| 153 | hgc996 |
| 155 | HomeDecorate |
| 156 | zhihuzeng |
| 157 | Hong ming he |
| 163 | guoqing Chen |
| 164 | QinHuangDaoWangHeDianZiKeJiYouXianGongSi |
| 170 | Anydia |
| 171 | Dalzium |
| 173 | Chen heng feng |
| 175 | lichengzhi2023 |
| 177 | USCHIFIYU |
| 179 | hongtao-1 |
| 183 | Sacozy Home |
| 186 | QIDIA |
| 187 | MAOBLYR |
| 188 | GOODOLD |
| 189 | Fakifak |
| 190 | SDMKA |

| 191 | Burbuja |
|---|---|
| 202 | DOREALA DirectUS |
| 203 | guangxinanninghaonuodianzishangwufuwuyouxiangongsi |
| 205 | foixnub |
| 206 | SLHKPNS |
| 207 | CUPADA |
| 208 | VIGTRO |
| 209 | Rainnielove |
| 211 | putianshichengxiangqutingyuxinbaihuoshanghang |
| 212 | wanzaixianzhaoyangfeibaihuodian |
| 213 | VunKo |
| 214 | YQJS |
| 218 | QQMARKET |
| 223 | YUIBOO |
| 225 | VIKKO |
| 226 | My-Door |
| 229 | Domeca Collection |
| 230 | Jueeco |
| 231 | caiyougongmei |
| 234 | FORMRS |
| 235 | Skycess |
| 236 | PLAO |
| 237 | Caikeny |
| 239 | wangxingkj |
| 240 | Shian Ti |
| 241 | MineCustomize |
| 250 | U-wear |
| 252 | FunHomie |
| 253 | Sugar Life HDecor |
| 254 | MOYYO |
| 255 | AFHYZY |
| 256 | KOCOART |
| 257 | DIYHOT |
| 259 | POUKE |
| 260 | Wusikd |
| 261 | Fstudio |
| 263 | familycozy |
| 264 | SKYDA |
| 269 | Yuxiz |

| 270 | Coikll |
| 271 | AGYTBG-Store |
| 272 | ChuanBi-Store |
| 275 | Huryilo |
| 276 | MoBlinko |
| 277 | Vozoza |
| 278 | LINMEIZHEN |
| 279 | FireEC |
| 280 | MXGFT |
| 300 | HLJP K |
| 311 | FeiXu Gifts |
| 313 | CLannad cup |
| 329 | KNLNLN |
| 330 | Boutique PortersAA |
| 337 | Invincible Zhu Yu |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 1, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff